In the Matter of the Arbitration between STERN, MORGENTHAU & Co., INC., Appellant, and J. A. KIRSCH Co., Respondent.

Submitted April 7, 1952; decided April 18, 1952.

*Albert N. Perretta* and *Alexander P. Blanck* for motion.
*Leonard Feldman* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.